AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of     Idaho

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Robbie Lee Farmer | Case Number: 4:05CR00208-001 |
| | USM Number: 10486-023 |
| | Steven V. Richert |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of allegation(s) __2,3a,&4 of org pet, 1a addendum__ of the supervised release petition.

☐ was found in violation of allegation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to notify probation officer of being arrested or questioned | 11/09/2007 |
| 3a | Failure to participate in substance abuse testing and treatment | 11/12/2007 |
| 4 | Unapproved contact with a child under the age of eighteen | 07/30/2007 |

    The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegation(s) __remaining in both pet__ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

02/26/2008
Date of Imposition of Judgment

_[signature]_
Signature of Judge

B. Lynn Winmill, United States District Judge
Name and Title of Judge

2/27/2008
Date

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 7

DEFENDANT: Robbie Lee Farmer
CASE NUMBER: 4:05CR00208-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 6 months to be served consecutively to term of imprisonment in case 4:03CR00054-001.

Defendant shall submit to DNA collection while incarcerated by the Bureau of Prisons or, absent collection while imprisoned, then at the direction of the U.S. Probation Office upon release.

X The court makes the following recommendations to the Bureau of Prisons:
that the defendant be credited with all time served, and that the defendant be placed in a facility closest to Eastern Idaho.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT:        Robbie Lee Farmer
CASE NUMBER:   4:05CR00208-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     30 months to be served concurrently to the term of supervised release in case 4:03CR00054-001.
Court finds that the defendant poses a high risk of future substance abuse such that mandatory drug testing is ordered pursuant to 18 U.S.C. § 3563(a)(5) or 18 U.S.C. § 3583(d).

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment on supervised release and to periodic drug tests thereafter, not to exceed a maximum number of 5 per month.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

X   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3C — Supervised Release

Judgment—Page    4    of    7

**DEFENDANT:**       Robbie Lee Farmer
**CASE NUMBER:**     4:05CR00208-001

## SPECIAL CONDITIONS OF SUPERVISION

**Previous Conditions Imposed on 03/16/2006.**

1) Defendant shall comply with the rules and regulations of the probation department.

2) Defendant shall not unlawfully possess a controlled substance and shall abstain from the unlawful use of the same.

3) Pursuant to 18 USC 3583(d), the defendant shall submit to a drug test within 15 days of release on supervised release and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervised release as directed by the probation officer. Cost of the testing to be paid by the defendant and the government based upon the defendant's ability to pay.

4) Defendant shall abstain from the use of alcohol and shall not enter any bar, tavern or like establishment including the bar area of a restaurant.

5) Defendant is prohibited from possessing, or being intoxicated by any toxic vapors, such as spray paint, gasoline or glue.

6) Defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer. Cost of treatment and testing shall be paid by both the government and the defendant based upon the defendant's ability to pay.

7) Defendant shall submit to a search of his home, vehicle, and/or person upon demand of the probation officer, without necessity of a warrant.

8) Defendant shall provide the probation officer with access to any requested financial information.

9) Defendant shall maintain full time employment, **if possible**, in an occupation approved of in advance by the probation officer. Defendant shall not be employed in any capacity related to children, nor shall the defendant perform any unpaid or volunteer activities involving children during the term of supervised release without the permission of the probation officer.

10) Defendant shall have no contact with any children under the age of eighteen during the term of supervised release without the prior express permission of the probation officer, and only in the presence of a responsible adult approved by the probation officer.

11) Defendant shall not be present in any location where children could reasonably be expected to be present without being accompanied by a responsible adult approved by the probation officer. This includes establishments such as playgrounds, public parks, day care centers, amusement parks, **fast food restaurants, skating rinks,** etc.

12) Defendant shall participate in a program of mental health treatment to include sexual offender treatment as directed by the probation officer. The defendant shall participate in psychosexual evaluation by a professional who is experienced in the treatment and management of sex offenders, such as a member of the Association for the Treatment of Sexual Abusers. The course of treatment may include polygraph examinations, as well as psycho tropic medication. Defendant shall participate in treatment until such time as the defendant is released from the program by the probation officer. Cost of treatment shall be paid by both the government and defendant in monthly payments as arranged by the probation officer.

Special conditions of supervised release shall supersede any standard condition that is inconsistent with the special conditions.

**\*\*BOLD denotes slight modification on 2/26/08 of the original condition imposed.**

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
          Sheet 3A — Supervised Release

Judgment—Page 5 of 7

DEFENDANT:      Robbie Lee Farmer
CASE NUMBER:    4:05CR00208-001

# ADDITIONAL SUPERVISED RELEASE TERMS

**Additional Special Conditions imposed on 2/26/08.**

1) Defendant shall pay the remaining special assessment and restitution balances that remains unpaid at the commencement of supervised release as a condition of supervision. Payments to be made to Clerk of the Court, District of Idaho, 550 W. Fort St., MSC 039, Boise, ID 83724. Defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, during the term of supervised release, towards any special assessment and restitution that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release. This payment schedule will be in effect unless further reviewed by the Court. A review may take place at any time and will be based upon a change in the Defendant's financial circumstances.

2) Defendant shall participate in a Residential Reentry Center for a period up to 180 days, pursuant to Public Law. The Defendant may receive an early release from the Residential Reentry Center if approved to enter an appropriate housing facility, such as Belmont. The defendant's term of community confinement is to include the pre-release component and day reporting, at the discretion of the Community Corrections Manager and U.S. Probation Officer.

3) Defendant shall cooperate with all testing and procedural requirements in order to determine his eligibility to enter a group home setting.

4) Defendant shall not travel to the Fort Hall Indian Reservation without the prior approval of the U. S. Probation Officer.

5) shall participate in a program of mental health treatment to include sexual offender treatment and follow all rules of the treatment program, as directed by the Probation Officer. The course of treatment may include polygraph examination. The Defendant shall participate in treatment until such time as the Defendant is released from the program by the Probation Officer. Cost of treatment shall be paid by both the Defendant and the government in monthly payments as arranged by the U.S. Probation Officer.

Special conditions of supervised release shall supersede any standard condition that is inconsistent with the special conditions.

DEFENDANT: Robbie Lee Farmer
CASE NUMBER: 4:05CR00208-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $              | $        | $ 130.00        |

**Remaining balance of previously imposed**

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| G4S Justice Services<br>30201 Aventura Rancho<br>Santa Margarita, CA 92688-<br><br>Re: Robbie Farmer<br>Client ID 4716<br>US Prob 976-4 |  | $130.00 |  |
| **TOTALS** | $ | $ 130.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   X  the interest requirement is waived for the   ☐ fine   X restitution.

   ☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 6 — Schedule of Payments

Judgment — Page __7__ of __7__

DEFENDANT:    Robbie Lee Farmer
CASE NUMBER:  4:05CR00208-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due

       ☐  not later than _____ , or
       ☐  in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☐ F below); or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  X  Special instructions regarding the payment of criminal monetary penalties:

       $130.00 restitution is due immediately. Payments to be made to Clerk of the Court, District of Idaho, 550 W. Fort St., MSC 039, Boise, ID 83724. Clerk shall disburse restitution payments to the victim(s).

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.